Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200
Office email: efile@ch13ac.com
Direct email: Brian@ch13ac.com

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>JOHN HENRY FARRELL<br>HASINA AMIRY FARRELL<br><br><div align="right">Debtor(s)</div> | **Case No.: 8:26-bk-10733-MH**<br><br>Chapter 13<br><br>**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>§ 341(a) Meeting:<br>Date:     April 21, 2026<br>Time:     11:00 am<br>Place:    Video Conference<br><br>Confirmation Hearing:<br>Date:     May 14, 2026<br>Time:     11:00 am<br>Courtroom:  6C<br>Address:    411 West Fourth Street,<br>                 Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that Amrane Cohen, Chapter 13 Trustee ("Trustee"), hereby objects to confirmation of Debtor's Chapter 13 Plan filed March 8, 2026 [Docket No. 2] (the "Plan"), the confirmation hearing for which is set on the date, time, and location indicated above.

**NOTICE IS GIVEN** that unless an earlier date is provided by the Local Bankruptcy Rules ("LBR"), any documents requested herein or required to be provided to the Trustee must be provided not later than seven (7) calendar days prior to the confirmation hearing.[1]

**NOTICE IS GIVEN** that any reply to this objection must be in writing, filed with the Court, and served upon the Trustee not later than seven (7) calendar days prior to the confirmation hearing.  Unless the Court finds good cause, a reply document not timely filed and served may not be considered.

The claims bar date for non-governmental entities of May 18, 2026, will not pass before the confirmation hearing.  To ensure Plan feasibility and that all allowed claims are provided for in the Plan, the Trustee requests that the Plan not be confirmed prior to the claims bar date.

Pursuant to 11 U.S.C. § 1302(b)(2)(B), the Trustee "shall … appear and be heard at any hearing that concerns … confirmation of a plan."  In furtherance of this duty, the Trustee objects to confirmation on the following grounds:

1.      Debtor's notice and proof of service of the Plan filed as Docket No. 21 provides creditors with the incorrect deadline for filing objections to confirmation of April 7, 2026, whereas the deadline is actually April 30, 2026, fourteen (14) days before confirmation hearing. FRBP 2002(a)(9), LBR 3015-1(g)(1).

2.      The following income tax returns have not been provided to the Trustee:  2025 state and federal.  LBR 3015-1(c)(3).

---

[1]  The Local Bankruptcy Rules may be found at http://www.cacb.uscourts.gov/local-rules.

3.      The following documentation of income has not been provided to the Trustee:  a) coaching income of $700 per month.  LBR 3015-1(c)(3).

4.      Debtor has not filed a Declaration Setting Forth Postpetition, Preconfirmation Payments for the proposed direct payments to Fay Servicing, Corniche HOA, and Monarch HOA for April 2026.  LBR 3015-1(m)(2).

5.      Debtor improperly claims an exemption under 25 USC 412a regarding real property at 42 Corniche Dr., Unit B, Dana Point, CA (the "Property"), as Debtors do not hold title to the Property per an Indian land grant.  Also, California has opted out of federal exemptions.  At the § 341(a) meeting, Debtor testified that they acquired the Property in 2023, which is within the 1,215 days of case filing.  Accordingly, Debtors must claim an exemption under 11 U.S.C. § 522(p).

6.      The Chase Auto proof of claim no. 3 secured by a 2022 Hyundai Ionic is improperly provided for in both Class 3A and 3C.  The proposed cure and maintain of this claim is not proper, as the last payment under note in June 24, 2027 whereas the last payment under plan is March 2031.  11 U.S.C. § 1322(b)(5).

7.      Any order confirming the Plan should include language that the Class 5B interest and monthly payment terms are not binding on creditor MOHELA/US Dept Edu.

8.      The Trustee reserves the right to supplement this objection or raise additional grounds for objection at the confirmation hearing.  The filing of this objection does not in any way limit the Trustee's duty to appear and be heard at hearings which concern confirmation of a plan.  11 U.S.C. § 1302(b)(2)(B).

Based on the foregoing, the Trustee requests that confirmation be denied and that the case be dismissed or converted, whichever is in the best interests of creditors.

Dated: April 23, 2026                    By: /s/ Brian D. Wirsching

                                         Brian D. Wirsching
                                         Attorney for Amrane Cohen,
                                         Chapter 13 Trustee

## **DECLARATION**

I, Brian D. Wirsching, am employed as a staff attorney for Amrane Cohen, Chapter 13 Trustee in this case ("Trustee").  The Trustee is the duly appointed chapter 13 trustee in the instant case.  I have personally reviewed the files and records maintained by the Trustee in this case and the facts stated this objection are true and correct to the best of my knowledge.  I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2026                    By: /s/ Brian D. Wirsching

                                         Brian D. Wirsching

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/23/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen   efile@ch13ac.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Jonathan D Doan ecf@doanlawfirm.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/23/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

John Henry Farrell
Hasina Amiry Farrell
42 Corniche Dr. Unit B
Dana Point, CA 92629

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. MARK D HOULE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/23/2026 | Aldo Amaya | /s/ Aldo Amaya |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**