Jonathan D. Doan SBN 236157
Brothers Law Group, LLP
25401 Cabot Road, Ste 113
Laguna Hills, CA 92653
Phone (949) 472-0953
Fax (949) 472-5441
ecf@doanlawfirm.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| In re:<br><br>John Henry Farrell<br><br>Hasina Amiry Farrell<br><br><br>Debtor. | Case No. **8:26-bk-10733MH**<br><br>Chapter 13<br><br>**REPLY AND DECLARATION OF ATTORNEY JONATHAN DOAN REGARDING TRUSTEE'S OBECTION TO CONFIRMATION** |

I, Jonathan D. Doan, hereby declare as follows:

I am an attorney at law, duly licensed to practice law in all courts in the State of California. I am the attorney John and Hasina Farrell the "debtors" in the above-captioned chapter 13 bankruptcy case. I have personal knowledge of the following facts, and if called upon to testify in this action, I could and would testify competently thereto.

1.  It is my belief that all objections to confirmation have been resolved subject to the following:

2. Attorney is in the process of preparing debtor's Secured Debt Declaration.  It appears that debtor has made all secured debt payments that have come due since filing.  Attorney will have the declaration filed prior to confirmation.

3. Attorney has been advised that debtors have filed an extension for 2025 tax returns.  Attorney has requested proof of the extension and will upload any proof to the trustee portal prior to confirmation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Date: 5/7/2026                                    **BROTHER'S LAW GROUP, LLP**

By:      /s/ Jonathan D. Doan_____

         Jonathan D. Doan
         Attorney for Debtors

| | |
|---|---|
| In re:<br><br>John Henry Farrell<br>Hasina Amiry Farrell<br><br>                                                                      Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 8:26-bk-10733-MH |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
25401 Cabot Road, Suite 113
Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled (*specify*):   REPLY AND DECLARATION OF ATTORNEY
JONATHAN DOAN REGARDING TRUSTEE'S OBECTION TO CONFIRMATION     will be served or
was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On   5/7/2026   , I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

Amrane (SA) Cohen (TR)     efile@ch13ac.com
Jonathan D Doan     Ecf@doanlawfirm.com, jim@doanlawgroup.com;doanjr70033@notify.bestcase.com
Dane W Exnowski     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On   5/7/2026   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May  7, 2026 | Jonathan D. Doan 236157 | /s/ Jonathan D. Doan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                          **9013-3.1.PROOF.SERVICE**